### LYNDE ag<sup>t</sup> TRUMBEL

Simon Lynde plaint. ag<sup>t</sup> John Trumbel junio<sup>r</sup> Defend<sup>t</sup> in an action of the case for an account of the severall voyages made by the Catch SeaFlower, whereof hee the s<sup>d</sup> John Trumbel was Master from October Anno. 1669. w<sup>th</sup> the produce of the eight part thereof, as also for an account of the one eigth part of the s<sup>d</sup> Catch SeaFlower & her Furniture & appurtenances with the produce thereof with all due damages according to attachm<sup>t</sup> dat. x<sup>br</sup> 17th 1675. . . . The Jury . . . founde for the plaint. that the s<sup>d</sup> Defend<sup>t</sup> John Trumbel do give in to the s<sup>d</sup> m<sup>r</sup> Lynde plaint. a just & true acco<sup>t</sup> of the pu<sup>r</sup>misses Sued for according to attachm<sup>t</sup> within the space of nine weekes next insuing or pay unto the s<sup>d</sup> m<sup>r</sup> Lynde the Summe of thirty pounds in mony & costs of Court.

### JESSON ag<sup>t</sup> BUSHELL

Jacob Jesson plaint. ag<sup>t</sup> Edward Bushell junio<sup>r</sup> Def<sup>t</sup> in an action of the case for not drawing bills of Exc<sup>a</sup> to the value of two hundred pounds upon m<sup>r</sup> Scott & m<sup>r</sup> Ralph Lane merch<sup>ts</sup> in Barbados payable Forty two dayes after sight unto s<sup>d</sup> Jesson or assignes in good Merc<sup>a</sup> Muscovadoes such as shalbee to the acceptance of s<sup>d</sup> Jesson or order at ten Shillings six pence per hundred accounting one hundred & twelue pounds suttle to a hundred to bee delivered aboard any vessell or vessells in the Rhode of Barbados in sufficient caske most hogsheads & the rest butts well filled cleere of all custom & other charge whatsoever as per an agreement under the hand of s<sup>d</sup> Bushell may more fully appeare, to the damage of s<sup>d</sup> Jesson One hundred & Eighty pounds mony or thereabouts with all other due damages according to attachm<sup>t</sup> dat. January. 14° 1675. . . . [ **361** ] The Jury . . . founde for the Def<sup>t</sup> costs of Court.